IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC., | : |
| Appellant, | : |
| v. | : Civil No. 2:24-cv-6498-JMG |
| STREAM TV NETWORKS, INC. *et al.*, | : |
| Debtors-in-Possess. | : |
| AND | : |
| WILLIAM A. HOMONY, *et al.*, | : |
| Trustees. | : |

### DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party, Stream TV Networks, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒  The nongovernmental corporate party, Stream TV Networks, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

**Hawk Investment Holdings Limited**

Dated: January 2, 2025

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
*Counsel to William A. Homony, Chapter 11 Trustee*

4898-2381-2364 v1