# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VISUAL SEMICONDUCTOR, INC.
　　　　*Appellant*,
　v.

STREAM TV NETWORKS, INC., *et al.*[1]
　　　　*Debtors.*
　and

WILLIAM HOMONY, *et al.*,
　　　　*Trustees.*

Civil No. 2:24-cv-06498-JMG

## DISCLOSURE STATEMENT FORM

Pursuant to Federal Rule of Civil Procedure 7.1, Visual Semiconductor, Inc., ("VSI") provides the following:

☒　The nongovernmental corporate party, Visual Semiconductor, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐　The nongovernmental corporate party, Visual Semiconductor, Inc. in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

Dated:　New York, New York
　　　　January 6, 2025

**AKERMAN LLP**

By:　*/s/ R. Adam Swick*
　　　Donald N. David (SBN # 304846)
　　　1251 Avenue of the Americas, 37th Floor
　　　New York, NY 10020
　　　Telephone: (212) 880-3856
　　　Facsimile: (212) 880-8965
　　　Email: donald.david@akerman.com

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

79346969;1

    -and-

R. Adam Swick (admitted *pro hac vice*)
500 W. 5th Street, Suite 1210
Austin, TX 78701
Telephone: (737) 999-7100
Facsimile: (512) 623-6701
Email: adam.swick@akerman.com

    -and-

John H. Thompson (admitted pro hac vice)
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: (202) 393-6222
Facsimile: (202) 393-5959
Email: john.thompson@akerman.com

    -and-

Leif M. Clark (Admitted Pro Hac Vice)
Leif M Clark Consulting PLLC
1105 Bonner
Houston, TX 77007
Telephone: (210) 663-5183
Email: lmclark@leifmclark.com

*Attorneys for Visual Semiconductor, Inc*