**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VISUAL SEMICONDUCTOR, INC. | : | Bankruptcy Appeal |
| | : | |
| Appellant, | : | Civil Nos: 2:24-cv-06397-JMG |
| | : | 2:24-cv-06498-JMG |
| v. | : | 2:24-cv-06617-JMG |
| | : | 2:25-cv-00751-JMG |
| STREAM NETWORKS, INC., et al., | : | |
| | : | |
| Debtors-in-Posess. | : | Appeals Related to Case No. 23-10763-JDB |
| | : | in the United States Bankruptcy Court for |
| and | : | the Eastern District of Pennsylvania |
| | : | |
| WILLIAM HOMONY, et al. | : | |
| | : | |
| Trustees. | : | |

**STIPULATION**

AND NOW, this __5th__ day of ____June____, 2025, it is hereby stipulated and agreed, by and between all pertinent parties, by and through their undersigned counsel, that Appellant, Visual Semiconductor, Inc., shall have until June 13, 2025, within which to enter its Merits Reply Brief.

WEISBERG LAW

/s/ Matthew B. Weisberg                    /s/ Michael Vagnoni
Matthew B. Weisberg, Esquire              Michael Vagnoni, Esquire
Attorney for Appellant

**AND IT IS SO ORDERED.**

/s/ John M. Gallagher
                                                              J.